UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 1:10-cr-33, Palmer |
| | ) | 1:12-cr-185, Hawkins |
| LEAVE OF ABSENCE REQUEST | ) | 1:14-cr-058, Benjamin |
| | ) | 1:14-cr-060, Intakanok |
| NANCY C. GREENWOOD | ) | 1:14-cr-068, T. McDonald |
| April 27 through 30, 2015 | ) | 1:14-cr-123, Kennedy |
| June 26, 2015 | ) | 1:14-cr-125, Gilbert |
| July 24 through 27, 2015 | ) | 1:15-cr-030, Martinez |
| September 14 through 16, 2015 | ) | |
| | ) | |
| | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Nancy C. Greenwood for April 27 through 30, 2015, June 26, 2015, July 24 through 27, 2015, and September 14 through 16, 2015, to attend a conference and for vacation outside of the district to attend a conference and for vacation outside of the district, the same is hereby GRANTED.

This ____ day of March, 2015.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA