UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR112-185, USA v. Hawkins |
| | ) | CR114-125, USA v. Gilbert |
| LEAVE OF ABSENCE REQUEST | ) | CR115-030, USA v. Matinez |
| | ) | CR115-050, USA v. Allen |
| NANCY C. GREENWOOD | ) | CR115-051, USA v. Burton |
| August 24, 2015 | ) | CR115-053, USA v. Jones |
| September 14-16, 2015 | ) | CR115-057, USA v. Strong |
| September 30-October 1, 2015 | ) | |
| November 25-25, 2015 | ) | |
| December 4, 2015 | ) | |

## ORDER

**Nancy C. Greenwood** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Nancy C. Greenwood** be granted leave of absence for the following periods: **August 24, 2015; September 14, 2015 through September 16, 2015; September 30, 2015 through October 1, 2015; November 24, 2015 through November 25, 2015, and December 4, 2015.**

This 30th day of July, 2015.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia